Ira G. Greenberg
LOCKE LORD LLP
Attorneys for Defendant White Fox Ventures
200 Vesey Street, suite 2001
New York, NY 10281
(212) 415-8600
Ira.greenberg@lockelord.com

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED:  11/06/2017 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

BREATHE LLC, et al.,

        Plaintiffs,                     No. 17 Civ. 367 (VM)

   versus

WHITE FOX VENTURES, INC., et al.,        STIPULATION AND ORDER

        Defendants.

---------------------------------------------------------------------x

        WE STIPULATE that:

        1.    Proposed count II (¶¶ 28-37) of the proposed second amended complaint, which is annexed as exhibit A to plaintiffs' motion to amend [Dkt. No. 54-1], is withdrawn.  As so modified, leave to amend is granted.

        2.    The second amended complaint as so modified is deemed filed and served as of the date of this stipulation.

        3.    Defendants shall have ten days from the date of this stipulation to answer or move with respect to the second amended complaint.

        4.    Discovery shall not be reopened.

5.      The time of any party to submit a letter request to make a summary judgment motion is extended to and including December 1, 2017.

Dated:  New York, NY
        November 2, 2017

_____
Christopher Brown
BROWN & ROSEN LLC
Attorneys for Plaintiffs
100 State Street, suite 900
Boston, MA  02109
(617) 728-9111
cbrown@brownrosen.com

_____
Ira G. Greenberg
LOCKE LORD LLP
Attorneys for Defendant White Fox
    Ventures
200 Vesey Street, suite 2001
New York, NY  10281
(212) 415-8600
Ira.greenberg@lockelord.com

_____
Seth M. Shaw
Defendant Pro Se
27 Edward Road
Hopewell Junction, NY  12533
(917) 796-9926
sshaw@tauriga.com

SO ORDERED:

_____
Sarah Netburn, U.S.M.J.

AM 67521094.1

5.     The time of any party to submit a letter request to make a summary judgment motion is extended to and including December 1, 2017.

Dated:  New York, NY
        November 2, 2017

                                        _____
                                        Christopher Brown
                                        BROWN & ROSEN LLC
                                        Attorneys for Plaintiffs
                                        100 State Street, suite 900
                                        Boston, MA  02109
                                        (617) 728-9111
                                        cbrown@brownrosen.com

                                        _____
                                        Ira G. Greenberg
                                        LOCKE LORD LLP
                                        Attorneys for Defendant White Fox
                                          Ventures
                                        200 Vesey Street, suite 2001
                                        New York, NY  10281
                                        (212) 415-8600
                                        Ira.greenberg@lockelord.com

                                        _____
                                        Seth M. Shaw
                                        Defendant Pro Se
                                        27 Edward Road
                                        Hopewell Junction, NY  12533
                                        (917) 796-9926
                                        sshaw@tauriga.com

SO ORDERED:

_____
Sarah Netburn, U.S.M.J.

                BETH L. SIMS
        Notary Public, State of New York
                No. 02SI6216091
           Qualified in Dutchess County
        Commission Expires 01/11/2018

AM 67521094.1

5.      The time of any party to submit a letter request to make a summary judgment motion is extended to and including December 1, 2017.

Dated:  New York, NY
         November 2, 2017

_____
Christopher Brown
BROWN & ROSEN LLC
Attorneys for Plaintiffs
100 State Street, suite 900
Boston, MA  02109
(617) 728-9111
cbrown@brownrosen.com


_____
Ira G. Greenberg
LOCKE LORD LLP
Attorneys for Defendant White Fox
     Ventures
200 Vesey Street, suite 2001
New York, NY  10281
(212) 415-8600
Ira.greenberg@lockelord.com


_____
Seth M. Shaw
Defendant Pro Se
27 Edward Road
Hopewell Junction, NY  12533
(917) 796-9926
sshaw@tauriga.com

SO ORDERED:

_____
SARAH NETBURN
United States Magistrate Judge

DATED: November 6, 2017
New York, New York

cc: Seth M. Shaw (*by Chambers*)
27 Edward Road
Hopewell Junction, NY 12533

AM 67521094.1