UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

BREATHE LLC, et al.,

                                  Plaintiffs,                17-CV-367 (VM)(SN)

      -against-                                        **ORDER**

WHITE FOX VENTURES, INC., et al.,

                                  Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On Wednesday, November 22, 2017, the plaintiff filed a letter motion requesting that the defendants be sanctioned for allegedly destroying evidence. A conference to address the motion is scheduled for Friday, December 15, 2017, at 12:00 p.m., in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     November 29, 2017
                New York, New York

cc:        Seth M. Shaw (*by Chambers*)
           27 Edward Road
           Hopewell Junction, NY 12533