

Brookfield Place, 200 Vesey Street, 20th Floor
New York, NY 10281
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Ira G. Greenberg
Direct Telephone: 212-912-2756
Direct Fax: 888-325-9157
ira.greenberg@lockelord.com

November 30, 2017

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
40 Centre Street
New York, NY  10007

> Re:  Breathe LLC v. White Fox Ventures, Inc.
>       No. 17 Civ. 367 (VM) (SN)

Dear Judge Netburn:

I have received your order scheduling a conference on plaintiffs' motion for sanctions. I request that it be rescheduled and that I be permitted to attend by telephone.

I anticipate that I will be trying J.R. Marketing, LLC v. Hartford Cas. Ins. Co. in the Superior Court of the State of California, County of San Francisco, from December 11 through December 22. Because of the time difference I am able to participate in the conference in this case by telephone on the scheduled date provided that it ends by 11 am EST (8 am PST) so I can get to the courthouse here. Alternatively, I am able to attend in person any day next week (December 4-8) during normal court hours.

Of course, I will promptly advise the Court if my trial settles or is adjourned.

Respectfully,

*Ira G. Greenberg*

Ira G. Greenberg

cc:   Christopher Brown, Esq. (by email)
       Mr. Seth Shaw (by email)

AM 67587624.1

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles
Miami | Morristown | New Orleans | New York | Providence | San Francisco | Stamford | Washington DC | West Palm Beach