# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
617-695-3202 (F)
www.brownrosen.com

November 30, 2017

Netburn_NYSDChambers@nysd.uscourts.gov
Hon. Judge Netburn
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Case Name:**   Breathe LLC et al v. White Fox Ventures, Inc. et al
**Case Number:** 1:17-cv-00367-VM

Dear Hon. Judge Netburn:

     This office is counsel to the Plaintiffs in this matter. I have reviewed Attorney Greenberg's letter dated November 30, 2017. Plaintiffs do not object to amending the conference from an in-person conference in the courtroom to a telephone conference at 10:00am on December 15, 2017 for all parties. Plaintiffs do request that all parties be able to submit a list of documents to be considered by the Court by December 13, 2017, in anticipation of the December 15, 2017 conference. I have spoken with Mr. Shaw about this matter and he also consents to a telephone conference and a list of documents.

By: _____
Christopher L. Brown

Cc:   Ira Greenberg, Esq via email
      Seth Shaw, via email