

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/2017
```

November 30, 2017

**BY ECF**
Hon. Sarah Netburn
United States Magistrate Judge
40 Centre Street
New York, NY 10007

          Re:   Breathe LLC v. White Fox Ventures, Inc.
                  No. 17 Civ. 367 (VM) (SN)

Dear Judge Netburn:

I have received your order scheduling a conference on plaintiffs' motion for sanctions. I request that it be rescheduled and that I be permitted to attend by telephone.

I anticipate that I will be trying J.R. Marketing, LLC v. Hartford Cas. Ins. Co. in the Superior Court of the State of California, County of San Francisco, from December 11 through December 22. Because of the time difference I am able to participate in the conference in this case by telephone on the scheduled date provided that it ends by 11 am EST (8 am PST) so I can get to the courthouse here. Alternatively, I am able to attend in person any day next week (December 4-8) during normal court hours.

Of course, I will promptly advise the Court if my trial settles or is adjourned.

                                      Respectfully,

                                      Ira G. Greenberg

---

The conference set for December 15, 2017, is ADJOURNED and RESCHEDULED for December 8, 2017, at 3:30 p.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.
**SO ORDERED.**

                                      SARAH NETBURN
                                      United States Magistrate Judge

November 30, 2017
New York, New York