# BROWN & ROSEN LLC

Attorneys At Law
100 State Street, Suite 900
Boston, MA 02109
617-728-9111 (T)
617-695-3202 (F)
www.brownrosen.com

December 2, 2017

Netburn_NYSDChambers@nysd.uscourts.gov
Hon. Judge Netburn
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

**Case Name:** Breathe LLC et al v. White Fox Ventures, Inc. et al
**Case Number:** 1:17-cv-00367-VM

Dear Hon. Judge Netburn:

     This office is counsel to the Plaintiffs in this matter. I have reviewed the Court's order dated December 1, 2017 setting a hearing on December 8, 2017 on the spoliation matter. On December 8, 2017, Plaintiff's counsel has a deposition in Paisley Park Enterprises, Inc. et al v. George Ian Boxill; AAA Case No. 01-17-0002-1544 in Los Angeles, CA. I am unable to attend a hearing on December 8, 2017 in this matter.

     Plaintiffs' counsel and Mr. Shaw are able to appear on December 15, 2017 via telephone, or Plaintiffs' counsel can appear in person on either December 22th or December 28th.

By: _____
Christopher L. Brown

Cc:    Ira Greenberg, Esq via email
        Seth Shaw, via email

1